UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE NORTHWESTERN MUTUAL**
**LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                         Case No.  8:06-cv-246-T-30MAP

**LAURA A. BOBICK and GAIL BOBICK,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation For Disbursement of Funds and Dismissal With Prejudice (Dkt. #7).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is DISMISSED with prejudice.

2.     Plaintiff is directed to disburse the life insurance funds in the total amount of $13,917.28, with Laura Bobick receiving $6,958.64 and Gail Bobick receiving $6,958.64.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2006\06-cv-246.stip dismiss.wpd